**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1046**

_____

BARRY J. BLUEFELD,

               Plaintiff - Appellant,

        v.

BARRY S. COHEN; JOEL S. MEISEL; DAVID H. COHEN,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:15-cv-02857-PX)

_____

Submitted:  May 23, 2017                          Decided:  May 25, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Barry J. Bluefeld, Appellant Pro Se.   Matthew D. Matkov, SALTZ MATKOV PC, Wayne, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry J. Bluefeld seeks to appeal the district court's order directing him to obtain counsel or face dismissal of his pending derivative shareholder action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Bluefeld seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Bluefeld's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*